v.

**BUSINESS INTELLIGENCE SYSTEMS SOLUTIONS, INC., Defendant–Cross–Appellant.**

Nos. 2013–1131, 2013–1132.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2013.

**VIRTUAL SOLUTIONS LLC,**
**Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION,**
**Defendant–Appellee.**

No. 2013–1250.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2013.

Anthony G. Simon, The Simon Law Firm, P.C., of St. Louis, MO, argued for the plaintiff-appellant. With him on the brief were Benjamin R. Askew, Stephanie H. To, and Michael P. Kella. of counsel on the brief was Timothy E. Grochocinski, Innovalaw, P.C., of Orland Park, Ill.

Lauren A. Degnan, Fish & Richardson, P.C., of Washington, DC, argued for defendant-appellee. With her on the brief were Ruffin B. Cordell And Cherylyn E. Mizzo of Washington, DC, and Robert Courtney, of Minneapolis, MN, and Leah A. Edelman, of New York, New York, of counsel on the brief was Stacy quan, Microsoft Corporation, of Redmond, WA.

DYK, MAYER, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**